**Esther Loeffler**
**93 Park Avenue**
**Monticello, New York 12701**

**Harbor Stone Sky LLC**
**93 Park Avenue**
**Monticello, New York 12701**

**Monticello Central School Dist Tax Office**
**Care of Virginia Palmer Tax Collector**
**60 Jefferson Street, Suite 3**
**Monticello, NY 12701**

**Path on Floral LLC**
**93 Park Avenue**
**Monticello, New York 12701**

**Pine Bush Capital LLC**
**93 Park Avenue**
**Monticello, New York 12701**

**PINKUS SCHMELTZER**
**35 Washington Avenue**
**Spring Valley, New York 10977**

**Raizel Loeffler**
**93 Park Avenue**
**Monticello, New York 12701**

**Scenic Ridge Mills LLC**
**93 Park Avenue**
**Monticello, New York 12701**

**Stone Castle Capital LLC**
**93 Park Avenue**
**Monticello, New York 12701**

**Sullivan County Treasurer**
**Care of Kathleen Lara, County Treasurer**
**County Government Center**
**100 North Street, PO Box 5012**
**Monticello, New York 12701**

**Upstate Holdings NY LLC**
**8 The Green, Ste A**
**Dover, Delaware 19901**

**Upper Fallsburg Heights LLC**
**93 Park Avenue**
**Monticello, New York 12701**

**Wheelhouse Group LLC**
**525 Myrtle Avenue**
**Suite C1**
**Brooklyn, New York 11205**

**Yitzchok Gantz**
**1230 Norton Drive**
**Far Rockaway, New York 11691**

**The Shalom Vesimcha Trust**
**93 Park Avenue**
**Monticello, New York 12701**

**The Shalom Veirov Koil Trust**
**93 Park Avenue**
**Monticello, New York 12701**