**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PATH ON FLORAL LLC**, | Case No. 26-35890 (KYP) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT**

**PURSUANT TO FED. R. BANKR. P. 1007(a)(1)**

Path on Floral LLC, a nongovernmental New York limited liability company and the debtor and debtor in possession in this chapter 11 case, submits this Corporate Ownership Statement pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1).

There is no parent corporation and no publicly held corporation that directly or indirectly owns 10% or more of any class of Path on Floral LLC's equity or membership interests.

The Debtor will promptly file a supplemental corporate ownership statement if changed circumstances render this statement inaccurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 7, 2026

/S/ Yitzchok Loeffler

Yitzchok Loeffler, Managing Member