**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PATH ON FLORAL LLC**, | Case No. 26-35890 (KYP) |
| Debtor. | |

**WRITTEN CONSENT AND STATEMENT AUTHORIZING CHAPTER 11 FILING**

**PURSUANT TO LOCAL BANKRUPTCY RULE 1074-1**

The undersigned, Yitzchok Loeffler, being the Managing Member and authorized representative of Path on Floral LLC (the "Company"), hereby adopts the following written consent and attestation effective as of August 20, 2026:

1. **Authorization of Chapter 11 Filing.** The filing by the Company of a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York is authorized, ratified, approved, and confirmed.

2. **Authority to Act for the Company.** Yitzchok Loeffler, as Managing Member, is authorized and directed, in the name and on behalf of the Company, to execute and verify the voluntary petition, schedules, statements, lists, declarations, affidavits, applications, motions, and all other papers and instruments that he deems necessary or appropriate to prosecute the chapter 11 case and to carry out the purposes of this consent.

3. **Retention of Bankruptcy Counsel.** The retention and engagement of The Law Offices of Joshua R. Bronstein & Associates, PLLC, including Joshua R. Bronstein, Esq., to represent the Company

as debtor and debtor in possession, subject to approval of the Bankruptcy Court to the extent required, is authorized and approved.

4. **Debtor-in-Possession Operations.** The Managing Member is authorized to take all steps reasonably necessary to continue the Company's business and preserve its assets as debtor in possession, including establishing or maintaining debtor-in-possession bank accounts, dealing with taxing authorities and creditors, and executing documents necessary to comply with the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, United States Trustee requirements, and orders of the Court.

5. **Ratification.** All actions previously taken by the Managing Member, counsel, or other authorized agents of the Company in connection with the preparation and filing of the chapter 11 case are ratified, confirmed, and approved to the fullest extent authorized by the Company's governing documents and applicable law.

6. I further attest that, under the Company's operating agreement, organizational documents, and applicable law, all persons whose consent is required to authorize the Company's chapter 11 filing have consented to the filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 7, 2026

/S/ Yitzchok Loeffler
Yitzchok Loeffler
Managing Member