B2030 (Form 2030) (12/25)

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 26-35890 (KYP) |
| **PATH ON FLORAL LLC** | Chapter 11 |
| Debtor | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

**1.** Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $1,000.00 |
| Prior to the filing of this statement I have received | $1,000.00 |
| Balance Due | $0.00 |

**2.** The source of the compensation paid to me was:

**[X]** Debtor [ ] Other (specify): ______________________________

**3.** The source of compensation to be paid to me is:

**[X]** Debtor [ ] Other (specify): ______________________________

No additional compensation is presently due under the disclosed fee agreement.

**4**. **[X]** I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm.

[ ] I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the persons sharing in the compensation, is attached.

**5.** Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal services for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the Debtor's financial situation and advice concerning the Chapter 11 filing;

b. Preparation and filing of the petition, schedules, statements, lists, disclosures, and any plan or other papers required in the Chapter 11 case;

c. Representation of the Debtor at the meeting of creditors, case management conferences, confirmation hearings, and any adjourned hearings thereof;

d. Representation of the Debtor in adversary proceedings and other contested bankruptcy matters; and

e. All other legal services reasonably necessary in connection with the administration and prosecution of the Debtor's Chapter 11 case, subject to applicable law, local rules, and orders of the Court.

**6.** By agreement with the Debtor, the above-disclosed fee does not exclude any bankruptcy-related legal services. None.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy proceeding.

Date: September 7, 2026

/s/ Joshua R. Bronstein

Joshua R. Bronstein, Esq.
The Law Offices of Joshua R. Bronstein & Associates, PLLC
114 Soundview Drive
Port Washington, New York 11050
Tel.: (516) 698-0202