**Fill in this information to identify the case:**

Debtor name: PATH ON FLORAL LLC

United States Bankruptcy Court for the: Southern District of NY (State)

Case number (If known): 26-35890 (KYP)

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 | $ 10,000.00 | $ 500,000.00 |
| 2.2 | $ 30,000.00 | $ 500,000.00 |

**2.1 Creditor's name**
Monticello Central School District Tax Office

**Creditor's mailing address**
c/o Virginia Palmer, Tax Collector
60 Jefferson Street, Suite 3
Monticello, NY 12701

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ● Yes. Specify each creditor, including this creditor, and its relative priority.
  2.2 & 2.3

**Describe debtor's property that is subject to a lien**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- ● No
- ☐ Yes

**Is anyone else liable on this claim?**
- ● No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ● Contingent
- ☐ Unliquidated
- ☐ Disputed

Column A: $ 10,000.00 — Column B: $ 500,000.00

**2.2 Creditor's name**
Sullivan County Treasurer

**Creditor's mailing address**
c/o Kathleen Lara
County Treasurer County Government Center
100 North Street, P.O. Box 5012
Monticello, NY 12701

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ● Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    2.1 & 2.3
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- ● No
- ☐ Yes

**Is anyone else liable on this claim?**
- ● No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ● Contingent
- ☐ Unliquidated
- ☐ Disputed

Column A: $ 30,000.00 — Column B: $ 500,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 1,540,000.00

Debtor PATH ON FLORAL LLC Case number (*if known*) 26-35890 (KYP)
Name

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.3 Creditor's name**

Wheelhouse Group LLC

**Creditor's mailing address**

525 Myrtle Avenue, Suite C-1
Brooklyn, NY 11205

**Creditor's email address, if known**

**Date debt was incurred** ______

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☒ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    2.1 & 2.2
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

First-mortgage positions on
Multiple Debtor properties

Column A: $1,500,000.00 Column B: $1,150,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2._ Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** ______

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Column A: $______ Column B: $______

**Describe the lien**

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed