**Fill in this information to identify the case:**

Debtor PATH ON FLORAL LLC

United States Bankruptcy Court for the: Southern District of NY (State)

Case number (If known) 26-35890 (KYP)

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ● No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** ____<br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ____<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $____ | $____ |
| **2.2** **Priority creditor's name and mailing address** ____<br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (qqqqq) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ____<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $____ | $____ |
| **2.3** **Priority creditor's name and mailing address** ____<br>**Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ____<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $____ | $____ |

Debtor PATH ON FLORAL LLC
Name
Case number (if known) 26-35890 (KYP)

**Part 1.** Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|
| 2._ **Priority creditor's name and mailing address**<br>______<br>______<br>______<br>**As of the petition filing date, the claim is:** *Check all that apply*.<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Date or dates debt was incurred** ______<br>**Basis for the claim:** ______<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | $______ | $______ |
| 2._ **Priority creditor's name and mailing address**<br>______<br>______<br>______<br>**As of the petition filing date, the claim is:** *Check all that apply*.<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Date or dates debt was incurred** ______<br>**Basis for the claim:** ______<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | $______ | $______ |
| 2._ **Priority creditor's name and mailing address**<br>______<br>______<br>______<br>**As of the petition filing date, the claim is:** *Check all that apply*.<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Date or dates debt was incurred** ______<br>**Basis for the claim:** ______<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | $______ | $______ |
| 2._ **Priority creditor's name and mailing address**<br>______<br>______<br>______<br>**As of the petition filing date, the claim is:** *Check all that apply*.<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Date or dates debt was incurred** ______<br>**Basis for the claim:** ______<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | $______ | $______ |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**

Esther Loeffler
93 Park Avenue
Monticello, NY 12701

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00

**Basis for the claim:** ____________

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.2 Nonpriority creditor's name and mailing address**

Harbor Stone Sky LLC
93 Park Avenue
Monticello, NY 12701

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00

**Basis for the claim:** ____________

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.3 Nonpriority creditor's name and mailing address**

Pine Bush Capital LLC
93 Park Avenue
Monticello, NY 12701

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00

**Basis for the claim:** ____________

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.4 Nonpriority creditor's name and mailing address**

Pinkus Schmeltzer
35 Washington Avenue
Spring Valley, NY 10977

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 1,000.00

**Basis for the claim:** Disputed / unliquidated claim; nature subject to reconciliation.

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.5 Nonpriority creditor's name and mailing address**

Raizel Loeffler
93 Park Avenue
Monticello, NY 12701

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000,00

**Basis for the claim:** ____________

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.6 Nonpriority creditor's name and mailing address**

Scenic Ridge Mills LLC
93 Park Avenue
Monticello, NY 12701

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00

**Basis for the claim:** ____________

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor PATH OF FLORAL LLC
Name

Case number (if known) 26-35890 (KYP)

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7 **Nonpriority creditor's name and mailing address**
Stone Castle Capital LLC
93 Park Avenue
Monticello, NY 12701

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
● Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** ________

**Is the claim subject to offset?**
● No
☐ Yes

$ 1,000.00

3.8 **Nonpriority creditor's name and mailing address**
The Shalom Veirov Koil Trust
93 Park Avenue
Monticello, NY 12701

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
● Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ________

**Is the claim subject to offset?**
● No
☐ Yes

$ 1,000.00

3.9 **Nonpriority creditor's name and mailing address**
The Shalom Vesimcha Trust
93 Park Avenue
Monticello, NY 12701

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
● Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ________

**Is the claim subject to offset?**
● No
☐ Yes

$ 1,000.00

3.10 **Nonpriority creditor's name and mailing address**
Upper Fallsburg Heights LLC
93 Park Avenue
Monticello, NY 12701

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
● Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ________

**Is the claim subject to offset?**
● No
☐ Yes

$ 1,000,00

3.11 **Nonpriority creditor's name and mailing address**
Upstate Holdings NY LLC
8 The Green, Suite A
Dover, DE 19901

**Date or dates debt was incurred** ________
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
● Disputed

**Basis for the claim:** Disputed / unliquidated claim; nature subject to reconciliation

**Is the claim subject to offset?**
● No
☐ Yes

$ 200,000.00

3.13 Yitzchok Gantz
1230 Norton Drive
Far Rockaway, NY 11691

As of petition date: Unliquidated, Disputed
Basis for claim: Disputed / unliquidated claim; nature subject to reconciliation
Date debt incurred: Prepetition
Subject to offset? [X] No [ ] Yes

$ 1,000.00

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 211,000.00 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | | $ 211,000.00 |