**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF NEW YORK**

______________________________________________x

| | |
|---|---|
| **In re:** | **Case No. 1-26-43963-jmm** |
| **Q AND Q REALTY, L.L.C.** | **Chapter 11** |
| **Debtor.** | **Hon. Jil Mazer-Marino** |

______________________________________________x

**WRITTEN CONSENT AND RESOLUTION OF SOLE MEMBER**

**AUTHORIZING CHAPTER 11 FILING AND RETENTION OF BANKRUPTCY COUNSEL**

The undersigned, Juan Galvan, being the sole member and person authorized to act on behalf of Q and Q Realty, L.L.C. (the "Company"), adopts the following written consent and resolutions. These resolutions are intended to constitute appropriate authorization for the Company's voluntary Chapter 11 filing and to ratify actions taken on August 20, 2026.

**Chapter 11 Filing.** RESOLVED, that the filing by the Company of a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of New York on August 20, 2026, Case No. 1-26-43963-jmm, is authorized, approved, ratified, and confirmed.

**Authority of Sole Member.** RESOLVED, that Juan Galvan, as Sole Member, is authorized to execute, verify, deliver, and cause to be filed on behalf of the Company the petition, schedules, statements, lists, declarations, affidavits, applications, pleadings, motions, reports, amendments, and all other documents appropriate or necessary in the Chapter 11 case, and to take such actions as may be reasonably necessary to administer the case and preserve the Company's property.

**Retention of Bankruptcy Counsel.** RESOLVED, that the Company is authorized to retain Joshua R. Bronstein, Esq. and Joshua R. Bronstein & Associates, PLLC as bankruptcy counsel in the Chapter 11 case, subject to approval of the Bankruptcy Court under 11 U.S.C. § 327, Fed. R. Bankr. P. 2014, and other applicable law, and to authorize counsel to appear, file papers electronically, and take such actions as counsel deems appropriate on behalf of the Company.

**Fees and Expenses.** RESOLVED, that the Company is authorized to pay the filing fee and such retainers, fees, costs, and expenses as are properly approved or permitted under the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, and orders of the Court.

**Ratification.** RESOLVED, that all lawful actions previously taken by Juan Galvan and by Joshua R. Bronstein, Esq. in connection with the preparation and filing of the Chapter 11 case, to the extent consistent with these resolutions, are ratified, confirmed, and approved.

**Further Acts.** RESOLVED, that Juan Galvan is authorized to take any additional action and execute any additional document reasonably necessary to carry out the intent of these resolutions.

The undersigned certifies that he is the Sole Member of the Company, that the foregoing resolutions have not been amended or revoked, and that they remain in full force and effect.

Dated: September 7, 2026

**/s/ Juan Galvan**

Juan Galvan

Sole Member

Q and Q Realty, L.L.C.

95-02 35th Avenue

Jackson Heights, NY 11372

Joshua R. Bronstein, Esq.

Joshua R. Bronstein & Associates, PLLC

114 Soundview Drive

Port Washington, NY 11050

Tel. 516-698-0202

Email: jbrons5@yahoo.com

Counsel for Debtor