**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Case No. 1-26-43963-jmm |
| Q AND Q REALTY, L.L.C. | Chapter 11 |
| Debtor. | |

---

**CORPORATE DISCLOSURE STATEMENT**

**PURSUANT TO E.D.N.Y. LBR 1073-3**

Q and Q Realty, L.L.C., the debtor and debtor in possession, by its Sole Member and undersigned counsel, submits this Corporate Disclosure Statement pursuant to E.D.N.Y. LBR 1073-3.

**1.** The Debtor is a limited liability company. Juan Galvan is the Debtor's sole member and holds 100% of the Debtor's equity interests.

**2.** No corporation directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

**3.** Accordingly, there are no corporate entities to report under E.D.N.Y. LBR 1073-3.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 7, 2026

**/s/ Juan Galvan**

Juan Galvan, Sole Member

Q and Q Realty, L.L.C.

95-02 35th Ave Jackson Heights, NY 11372

Joshua R. Bronstein, Esq.

Joshua R. Bronstein & Associates, PLLC

114 Soundview Drive

Port Washington, NY 11050

Tel. 516-698-0202

Email: jbrons5@yahoo.com

(Counsel to the Debtor)